ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

JUN 2 8 2013

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL INFORMATION |
| V. | No. 1:13-CR-258 |
| ALLAN B. BAITCHER | |
| JAMES G. HOLLOWAY | |

Between July 1, 2007 and December 28, 2007, in the Northern District of Georgia and elsewhere, defendant ALLAN B. BAITCHER, defendant JAMES G. HOLLOWAY, V.F. and J.F. did combine, conspire, confederate, agree and have a tacit understanding with each other to reproduce and distribute, including by electronic means, during said 180-day period, one or more copies of one or more copyrighted works, which have a total retail value of more than $1,000, to wit, defendant ALLAN B. BAITCHER caused to be created and combined proprietary lamp shades and bases which V.F. and J.F., with the assistance of defendants JAMES HOLLOWAY, marketed as authentic and antique "Tiffany" lamps over eBay and distributed to buyers across the United States and elsewhere, including a reproduction Tiffany-style "Peony" lamp and shade which defendant ALLAN BAITCHER caused to be created and combined and which J.F. sold to D.R. as an "authentic" Tiffany lamp in or about August 2007, in violation of Title 17, United States Code, section 506(a)(1)(B) and Title 18, United States Code, Section 2319(c)(3).

All in violation of Title 18, United States Code, Section 371, a misdemeanor.

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

RANDY S. CHARTASH
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W. Atlanta, GA 30303
404/581-6000
Georgia Bar No. 121760